417 A.2d 788

Commonwealth v. Doswell, Appellant.

Submitted May 7, 1979. John H. Corbett, Jr., Assistant Public Defender, for appellant; Charles Johns, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, LARSEN and LAVELLE, JJ.*

Judgment of sentence affirmed.